# PRESS RELEASE
## Jefferson County Sheriff's Office
### P.O. Box 100 – Hillsboro, MO 63050

Oliver "Glenn" Boyer, Sheriff –(636) 797-5521 (Office) (636) 262-3933 (Pager)
gboyer@jeffcomo.org
Captain Ronald Arnhart, Media Coordinator –(636) 797-5588(Office) (636) 262-3965(Pager)
rarnhart@jeffcomo.org
Web Site: www.jcsd.org

November 9, 2015

Sheriff Oliver "Glenn" Boyer advises that on Monday November 9, 2015 at approximately 7:55p.m. Deputies with the Jefferson County Sheriff's Office were dispatched to the 1600 block of Sparrow Point, Fenton, for a reported disturbance. A female called the dispatch center and advised her son was out of control attempting to strike her and is suicidal, the phone disconnected.

Upon the Deputies arrival the subject was located at the residence in possession of a knife. Deputies made contact with the subject and were able to get the subject to voluntarily surrender the knife. Further investigation and communication with the family and the subject on scene determined that he was homicidal and suicidal.

While Deputies were attempting to take the subject into custody to be transported to an area hospital for mental evaluation a physical struggle ensued. During the struggle the subject was able to gain partial control of a Deputies weapon resulting in the weapon discharging. An assisting Deputy returned fire striking the subject. The subject was transported by helicopter to an area hospital for treatment. The subject is listed in critical condition. The subject is a 23 year old male of the residence.

Investigation is ongoing updates will be released as the information becomes available.

Exhibit 6

JCSD000194