

**OFFICE OF THE PROSECUTING ATTORNEY**

**FORREST K. WEGGE, PROSECUTING ATTORNEY**

JEFFERSON COUNTY COURTHOUSE
P.O. BOX 100
HILLSBORO, MO 63050
(636) 797-5321
FACSIMILE (636) 797-5065

**CHIEF ASSISTANT**
STEVEN W. JERRELL

**ASSISTANTS**
TAMELA T. SIDES
MICHAEL G. RAVETTA
ANGELA D. DOWNING
TRISHA C. STEFANSKI
TIFFANY S. BAKER
THOMAS E. HOLLINGSWORTH
CATHERINE M. ROBERTSON
DOUGLAS S. PRIBBLE
JACOB T. COSTELLO
MARIE F. PUDLOWSKI
TRAVIS D. PARTNEY
DAVID C. CASEY
KIMBERLY S. ARSHI
SHANNON G. O'NEAL

**VICTIM SERVICES UNIT**
(636) 797-5045 &
(636) 797-5046

**CRIMINAL DIVISION**
(636) 797-5321

**CHILD SUPPORT**
(636) 797-5338

**RESTITUTION/BAD CHECK UNIT**
(636) 797-5599

November 19, 2015

RE: Deputy Roberts, DSN 69
    JCSO Report #201537287

Dear Sheriff Boyer:

Please be advised that I have reviewed Report #201537287 and have determined that Deputy Roberts' actions on November 10, 2015 were justified. Therefore, no formal action will be taken by this office. We have received a warrant application on Lucas A. Hinkenbein arising from this same incident but will keep the same under review pending additional information on his medical condition.

Please do not hesitate to contact me should you wish to discuss my decision further, otherwise, I consider this matter closed from my perspective as the same pertains to Deputy Roberts.

Sincerely,

Forrest K. Wegge

cc: Lt. John Dolan

Exhibit 8

JCSD000286