

# Blitz, Bardgett & Deutsch, LC
Attorneys & Counselors at Law

St. Louis • Jefferson City

Jason K. Turk
120 South Central Avenue, Suite 1500
St. Louis, Missouri 63105
www.bbdlc.com

Email: jturk@bbdlc.com
Telephone: (314) 863-1500
Facsimile: (314) 863-1877

November 19, 2015

**Via Certified U.S. Mail, Return Receipt Requested**

Jefferson County Sheriff's Office
400 First Street
Hillsboro, MO 63050

Re: Lucas Hinkebein, November 9, 2015

Dear Sir/Madam:

This letter is notice that this firm represents Mr. and Mrs. Mark Hinkebein, parents of Lucas Hinkebein, in their potential claims against the Jefferson County Sheriff's Office and its employees arising out of the shooting of their son that occurred on November 9, 2015, in Jefferson County. This firm also anticipates that Mr. and Mrs. Hinkebein will soon pursue guardianship and conservatorship over their son's affairs and that he, too, will be represented by this firm.

The firm is representing the Hinkebeins on a contingency fee basis for which the firms will receive up to 40% of the proceeds of any recovery plus expenses.

Please contact me with any questions.

Very truly yours,

Jason K. Turk

**Exhibit 9**



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Blitz, Bardgett & Deutsch L.C.
Attn: Jason Turk
120 South Central Avenue, Suite 1500
Saint Louis, Missouri 63105

USPS TRACKING#