

Missouri Public Entity Risk Management Fund
P.O. Box 7110
Jefferson City, Missouri 65102-7110
Main Line: 888-566-7376   Fax Line: 573-751-8276
Web Site: www.moperm.com

December 1, 2015

Jason Turk
Blitz, Bardgett & Deutsch. Lc
120 S Central Ave Suite 1500
St. Louis, MO  63105

　　　　RE:　Insured:　　　　County of Jefferson
　　　　　　　Your Client:　　Lucas Heinkebein
　　　　　　　Claim No.:　　　LE15-38857-1
　　　　　　　Incident Date:　November 9, 2015

Dear Mr. Turk:

This letter will acknowledge your representation of Mr. & Mrs. Heinkebein. We will conduct an investigation into this matter.

To facilitate our evaluation, please provide information relative to your theory of liability and the injury/damages sustained by your client.

I look forward to hearing from you.

Sincerely,

Mike McCray
Claims Representative

*F:/Shared/Dawn/Claims/Contact2/LE15-38857-1*

E-mail Addresses:
　　Accounting@moperm.com • Administration@moperm.com • Claims@moperm.com
　LossControl@moperm.com • MemberServices@moperm.com • Property@moperm.com • Underwriting@moperm.com

Exhibit 11