# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LUCAS HINKEBEIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-01655-SNLJ |
| GAVIN HOPLER, et al., | ) |
| Defendant(s). | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT 18 TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE UNDER SEAL

Plaintiff Lucas Hinkebein, by and through his guardian and conservator, Mark Hinkebein, for his Motion for Leave to File Exhibit 18 to Plaintiff's Reply Memorandum in Support of Motion for Sanctions for Spoliation of Evidence Under Seal, states as follows:

1. In the Court's Protective Order in this matter, the parties agreed to seek leave to file material marked CONFIDENTIAL under seal.

2. Exhibit 18 to Plaintiff's Reply Memorandum in Support of Motion for Sanctions for Spoliation of Evidence, which Plaintiff sought permission to supplement, discusses the contents of and relies upon material marked CONFIDENTIAL by Defendants.

3. Plaintiff seeks leave to file Exhibit 18 under seal which is attached.

4. Plaintiff reserves the right to challenge Defendants' CONFIDENTIAL designations.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion for Leave to File Exhibit 18 to Plaintiff's Reply Memorandum in Support of Motion for Sanctions for Spoliation of Evidence Under Seal, accept Plaintiff's filing of Exhibit 18 to Plaintiff's Reply Memorandum in Support of Motion for Sanctions for Spoliation of Evidence under seal pursuant

to the Protective Order, and grant any further relief that the Court deems necessary and appropriate.

        Respectfully submitted,

        **BLITZ, BARDGETT & DEUTSCH, L.C.**

        By:    /s/ Jason K. Turk
                Robert D. Blitz, #24387MO
                Kelley F. Farrell, #43027MO
                Jason K. Turk, #58606MO
                Amy E. Oslica, #66879MO
                120 S. Central Avenue, Ste. 1500
                St. Louis, MO 63105
                Telephone:  314.863.1500
                Facsimile:  314-863-1877
                rblitz@bbdlc.com
                kfarrell@bbdlc.com
                jturk@bbdlc.com
                aoslica@bbdlc.com

        *Attorneys for Plaintiff Lucas Hinkebein*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic notification system on this 2nd day of February, 2018.

        /s/ Jason K. Turk