IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LUCAS HINKEBEIN, <br> by and through his Guardian <br> and conservator, MARK HINKEBEIN, <br><br> Plaintiff, <br><br> v. <br><br> GAVIN HOPLER, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 4:16-CV-01655-SNLJ <br> ) <br> ) <br> ) <br> ) |

## **JOINT MOTION TO STAY CASE MANAGEMENT ORDER AND VACATE TRIAL SETTING**

Plaintiff and Defendants, by and through the undersigned counsel, hereby submit this Joint Motion to Stay Case Management Order and Vacate Trial Setting, and state as follows:

1. Plaintiff and Defendant hereby notify the Court that they have reached a settlement in principle of the claims pending herein.

2. Plaintiff has indicated the need to negotiate with a lienholder and has stated a desire to assess the feasibility of establishing a trust for any settlement proceeds. The parties anticipate that the process of finalizing the settlement may take in excess of 60 days.

3. To allow the parties to finalize the settlement and to allow them to structure the settlement in a manner that all of the parties deem appropriate, the parties respectfully request that this Court vacate the trial setting in this matter and stay all deadlines in the Amended Case Management Order.

4. In the event that the Court grants this Joint Motion and the parties have not filed a stipulation for dismissal within 90 days of the entry of such Order, the parties will file a status update with the Court.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter an Order vacating the current trial date, staying all deadlines in the Amended Case Management Order, and for such other and further relief as the court deems just and proper.

Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

By:/s/ Jason K. Turk_____
Robert D. Blitz, #24387MO
Kelley F. Farrell, #43027MO
Jason K. Turk, #58606MO
Amy E. Oslica, #66879MO
120 S. Central Avenue, Ste. 1500
St. Louis, MO 63105
Telephone:  314.863.1500
Facsimile:  314-863-1877
rblitz@bbdlc.com
kfarrell@bbdlc.com
jturk@bbdlc.com
aoslica@bbdlc.com
*Attorneys for Plaintiff Lucas Hinkebein*

**KING, KREHBIEL & HELLMICH, LLC**

By:/s/ William A. Hellmich
William A. Hellmich, #31182MO
2000 South Hanley Rd.
St. Louis, Missouri 63144
(314) 646-1110
(314) 646-1122 (facsimile)
bhellmich@kkkb.com

*Attorneys for Defendants Oliver "Glenn" Boyer and Jefferson County*

**BEHR, MCCARTER & POTTER P.C.**

By:     /s/ John P. Torbitzky
Timothy J. Reichardt, #57684MO
John P. Torbitzky, #65233MO
7777 Bonhomme, Ste. 1400
St. Louis, MO 63105
(314) 862-3800
(314) 862-3953 (facsimile)
treichardt@bmplaw.com
jtorbitzky@bmplaw.com

*Attorneys for Defendants Gavin Hopler, Allen Rice, and Dennis Roberts*

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was sent via the Court's electronic notification system on this 14th day of November, 2018.

                                                /s/ John P. Torbitzky