IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LUCAS HINKEBEIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-01655-SNLJ |
| | ) |
| GAVIN HOPLER, et al., | ) |
| | ) |
| Defendant(s). | ) |

## DISMISSAL WITH PREJUDICE

Plaintiff Lucas Hinkebein dismisses this action with prejudice.

Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, L.C.**

By:  /s/ Jason K. Turk
Robert D. Blitz, #24387MO
Kelley F. Farrell, #43027MO
Jason K. Turk, #58606MO
Stephen M. Hoeplinger, #62384MO
120 S. Central Avenue, Ste. 1500
St. Louis, MO 63105
Telephone: 314.863.1500
Facsimile: 314-863-1877
rblitz@bbdlc.com
kfarrell@bbdlc.com
jturk@bbdlc.com
shoeplinger@bbdlc.com

Attorneys for Plaintiff Lucas Hinkebein

*So ordered this 11th day of March, 2019*
*[Judge's signature]*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic notification system on this 8th day of March, 2019.

/s/ Jason K. Turk